**VELVA L. PRICE, District Clerk, Travis County Courthouse, Third Floor**

## RECEIPT AND EXECUTION OF MANDATE FROM
## THE COURT OF APPEALS
## BY THE CRIMINAL DISTRICT CLERK

Mr. Jeffrey D. Kyle, Clerk                                    December 04, 2015
Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas 78711-2547

Criminal Division
P.O. Box 679004,
Austin, Texas, 78767

**FILED**

*December 4, 2015*

**Third Court of Appeals
Jeffrey D. Kyle
Clerk**

      Re:    No. **03-14-00059-CR**
              (Trial Court No.D-1-DC-12-202194)

      Styled: **THOMAS BROCK**
              vs.
              The State of Texas

Dear Mr. Kyle:

Pursuant to Texas Rule of Appellate Procedure 87(b)(1), I hereby forward my acknowledgment of the receipt and the execution of the mandate on **DECEMBER 4, 2015** from the Court of Appeals in the above cause. The official execution of this mandate is recognized by the Travis County Sheriff whereas the capias after mandate, official notice of mandate, or transfer of inmate to proper authorities, has been executed and or is in the process of being executed hereby placing the defendant within the proper jurisdiction of the trial court.

                              Respectfully,

                              **VELVA L. PRICE**
                              District Clerk
                              Travis County, Texas

By: _____
          Deputy,JESSICA CONTRERAS

                                            C23 - 000001064